**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

  **v.**                                                Case No. 14-CR-201

**JAMAAL EDWARDS**
    **Defendant.**

## ORDER

**IT IS ORDERED** that the final pre-trial set for January 2, 2015, and the trial set for January 12, 2015, are canceled. The court will address further scheduling on receipt of the magistrate judge's recommendation on defendant's motion to suppress.

Dated at Milwaukee, Wisconsin, this 29th day of December, 2014.

                                      /s Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge